**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10

11    LEHMAN BROTHERS HOLDINGS,              No. C-12-05571-DMR

12                Plaintiff(s),              **ORDER VACATING CASE**
                                             **MANAGEMENT CONFERENCE**
13          v.

14    PARKSIDE LENDING,

15                Defendant(s).
      _____/
16

17          The court is in receipt of the parties' joint notice of settlement. [Docket No. 27.]  The Case

18    Management Conference previously scheduled for May 29, 2013 is hereby **VACATED.**  The parties

19    shall file a joint status update by June 21, 2013, unless they present dismissal papers before that

20    date.

21

22          IT IS SO ORDERED.

23

24    Dated:  May 22, 2013

25                                           _____
                                             DONNA M. RYU
26                                           United States Magistrate Judge

27

28