LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
44 Montgomery Street, Suite 2400
San Francisco, CA  94104
Telephone:  (415) 318-8810
Fax:  (415) 676-5816

Jason L. Sanders (SBN 230245)
jsanders@lockelord.com
Marc D. Cabrera (*pro hac vice*)
mcabrera@lockelord.com
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 740-8000
Fax: (214) 740-8800

Attorneys for Plaintiff
LEHMAN BROTHERS HOLDINGS INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PARKSIDE LENDING, LLC, F/K/A ATLAS MORTGAGE LENDING, LLC, F/K/A ATLAS MORTGAGE LENDING, F/K/A ATLAS FINANCIAL,<br><br>    Defendant. | CASE NO.: C-12-05571-DMR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Lehman Brothers Holdings Inc. and Defendant Parkside Lending, LLC, through their respective counsel, stipulate as follows:

1.   This action, and each and every claim asserted in the action, shall be dismissed in its entirety;

2.   The dismissal shall be made with prejudice; and

3.   Each of the Parties is to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: July 3, 2013                               LOCKE LORD LLP


                                                  By: */s/ Regina J. McClendon*
                                                      Regina J. McClendon
                                                      Jason L. Sanders
                                                      Marc D. Cabrera

                                                  Attorneys for Plaintiff


Dated: July 3, 2013                               MEDLIN & HARGRAVE, PC


                                                  By: */s/ Joshua A. Rosenthal*
                                                      Joshua A. Rosenthal

                                                  Attorneys for Defendant

## **CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the indicated signatories to the document.

Dated: July 3, 2013            By:      *Regina J. McClendon*
                                        Regina J. McClendon